IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> PARRIS PIZZA COMPANY, LLC f/d/b/a DOMINO'S PIZZA <br><br> Defendant. | Case No. 1:23-cv-000111-JLS-LGF |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR APPROVAL AND EXECUTION OF CONSENT DECREE

The parties in this matter have reached a settlement pursuant to the terms of the attached Consent Decree. In accordance with the terms of the Consent Decree, the Court will retain jurisdiction over this action for all purposes including the entering of all necessary orders, judgments, and decrees.

The Parties jointly request that the Court approve and execute the attached Consent Decree. Pursuant to the terms of the Consent Decree, upon signature and approval by the Court, the matter will be administratively closed but not dismissed.

Date:   May 30, 2023
Buffalo, New York

By:

| | |
|---|---|
| /s/ *Rebecca F. Izzo* | /s/ *Richard A. Braden* |
| Rebecca F. Izzo | Richard A. Braden |
| Trial Attorney | GOLDBERG SEGALLA, LLP |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | 665 Main Street |
| Buffalo Local Office | Buffalo, NY 14203 |
| 300 Pearl Street, Suite 450 | Tel: (716) 566-5436 |
| Buffalo, NY 14202 | Fax: (716) 566-5401 |
| Tel: (716) 431-5019 | Email: rbraden@goldbergsegalla.com |
| Fax: (716) 551-4387 | |
| Email: rebecca.izzo@eeoc.gov | *Attorneys for Defendant, Parris Pizza Company, LLC* |
| *Attorneys for Plaintiff, U.S. Equal Employment Opportunity Commission* | |

SO ORDERED this _____ day of _____ 2023.

_____
The Honorable John L. Sinatra, Jr.
United States District Judge